UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HURON MOUNTAIN CLUB,

       Plaintiff,                    Case No. 2:12–cv–00197–RHB

v.                                Judge Robert Holmes Bell

UNITED STATES ARMY CORPS OF
ENGINEERS , et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above–captioned case was electronically filed in this court on May 6, 2012.  The case has been assigned to Judge Robert Holmes Bell.

      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                   TRACEY CORDES
                                     CLERK OF COURT

Dated:  May 7, 2012        By:  /s/ Carole E. Poggi
                                    Deputy Clerk