# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 7, 2014

**FILED**
*Apr 07, 2014*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Huron Mountain Club
     v. Army Corps of Engineers, et al.
     No. 13-920
     (Your No. 12-2217)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk